UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA EDILIAN,<br><br>Defendant. | No. 2:21-CR-317-ODW<br><br>**ORDER UNSEALING RECORDS** |

Based upon the stipulation of the parties, and good cause appearing therein, IT IS HEREBY ORDERED that the docket in this case is unsealed.

DATED: January 15, 2025_____

_____
THE HONORABLE OTIS D. WRIGHT II
United States District Court Judge

1